UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:18-cv-377-FtM-29CM

MARIAN E. DOHERTY, as Guardian
of Frances R. Gorman and Executor
of the Estate of Patrick J. Gorman,

    Plaintiff,

v.

ALLIANZ LIFE INSURANCE COMPANY
OF NORTH AMERICA, a foreign
corporation authorized to do business
in the State of Florida,

    Defendant.
_____/

**JOINT MOTION FOR EXTENSION OF TIME
FOR THE PARTIES TO DISCLOSE EXPERTS**

Plaintiff Marian E. Doherty, as Guardian of Frances R. Gorman and Executor of the Estate of Patrick J. Gorman, and Defendant Allianz Life Insurance Company of North America (the "Parties"), hereby jointly request an enlargement of time of the deadlines to disclose experts and rebuttal experts as contained in the Case Management and Scheduling Order (ECF No. 17) (the "Scheduling Order"). As grounds for this motion, the Parties state as follows:

1. The deadline for the Parties to disclose experts is January 31, 2019. No deadline is given for disclosure of rebuttal experts.

2. The Parties have been actively taking discovery and have fact witness depositions scheduled in February.

3. An extension will allow the Parties to finish fact discovery and determine the extent, if any, that the Parties need to retain expert witnesses.

4.       The Parties conferred and respectfully request this extension up through and including February 28, 2019 to disclose experts and up through and including March 15, 2019 to disclose rebuttal experts.

5.       The requested extension does not affect the discovery cutoff date, the trial term, or any other deadlines in the Scheduling Order.

6.       The requested extension is reasonable, is sought in good faith, is not interposed for delay or any other improper purpose, and will not prejudice any Party.

WHEREFORE, the Parties respectfully move this Court for an order enlarging the deadlines for the Parties to disclose experts and rebuttal experts up through and including February 28, 2019 and March 15, 2019, respectively.

Dated:  January 18, 2019                                                Respectfully submitted,

| /s/  Adam Mohammadbhoy | /s/  Scott E. Byers |
|---|---|
| Adam Mohammadbhoy (FBN 0137367) | Scott E. Byers (FBN 68372) |
| am@harlleebald.com | sbyers@carltonfields.com |
| HARLLEE & BALD, P.A. | CARLTON FIELDS JORDEN BURT, P.A. |
| 202 Old Main Street | Miami Tower, Suite 4200 |
| Bradenton, Florida 34205 | 100 S.E. Second Street |
| Telephone:  (941) 744-5537 | Miami, Florida 33131 |
| Facsimile:  (941) 744-5547 | Telephone:  (305) 530-0050 |
|  | Facsimile:  (305) 530-0055 |

*Attorneys for Plaintiffs Marian E. Doherty, as Guardian of Frances R. Gorman, and Executor of the Estate of Patrick J. Gorman*

*Attorneys for Defendant Allianz Life Insurance Company of North America*

-3-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of January, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

>Adam Mohammadbhoy, Esq.
>Harllee & Bald, P.A.
>202 Old Main Street
>Bradenton, Florida 34205
>Telephone:  (941) 744-5537
>Facsimile:  (941) 744-5547
>am@harlleebald.com
>
>*Attorneys for Plaintiffs*



/s/  Scott E. Byers

116709115