UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIAN E DOHERTY, as
Guardian of Frances R.
Gorman and Executor of the
Estate of Patrick J. Gorman,

    Plaintiff,

v.                                  Case No: 2:18-cv-377-FtM-29UAM

ALLIANZ LIFE INSURANCE
COMPANY OF NORTH AMERICA, a
foreign corporation
authorized to do business in
the State of Florida,

    Defendant.

**ORDER**

This matter comes before the Court on review of the file. On April 19, 2019, plaintiff filed a Motion for Partial Summary Judgment as to Defendant's Fifth, Ninth and Tenth Affirmative Defenses (Doc. #30). Because defendant filed an Amended Answer and Affirmative Defenses to Amended Complaint (Doc. #45) on May 22, 2019, plaintiff's Motion for Partial Summary Judgement (Doc. #30) is denied as moot.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Motion for Partial Summary Judgment as to Defendant's Fifth, Ninth and Tenth Affirmative Defenses (Doc. #30) is **DENIED as moot.**

**DONE and ORDERED** at Fort Myers, Florida, this ___13th___ day of June, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record